UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-827 (PAM/JGL)

SHIVSAYWACK P. SINGH,

Plaintiff,

v.

**PRETRIAL ORDER**

CITY OF MINNEAPOLIS, et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is two days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to March 1, 2002;

3. Plaintiff shall disclose all expert witnesses by September 1, 2002, and reports by October 1, 2002; Defendants shall disclose all expert witnesses by October 1, 2002, and reports by November 1, 2002;

4. The period during which the parties may seek discovery shall be completed by December 1, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to December 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to February 1, 2003; and

7. This case will be considered "ready for trial" as of February 1, 2003.

DATED: January 11, 2002

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED JAN 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK