**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Shivsaywack P. Singh,**

**Plaintiff**

**vs.**

**City of Minneapolis, Kenneth Awalt, Officer Kenneth Awalt,**

**Defendants.**

**Case No. 01-827 PAM/JGL**

and ORDER

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

It is hereby stipulated and agreed by and between the parties, through their respective counsel, that Plaintiffs' Complaint in the above entitled action may be dismissed with prejudice pursuant to Rule 41, Minnesota Rules of Civil Procedure, and that the Court may enter and file the following Order.

Dated: 5/20/03

JAY M. HEFFERN
City Attorney
By
PETER W. GINDER
Assistant City Attorney
Attorney Reg. No. 35099
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2478

Attorneys for Defendant
City of Minneapolis

Dated: May 30, 2003

JAMES P. YOUNG
Attorney Reg. No.
Lundquist Law Offices
1012 Grain Exchange Building
400 South Fourth Street
Minneapolis, MN 55415

Attorney for Plaintiff

JUN 0 9 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Pursuant to the above Stipulation of Dismissal with Prejudice, the above referenced matter is dismissed with prejudice and without costs or disbursements to any party.

Dated: June 9, 2003

Judge of District Court